UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT STANFIELD, | No. 2:25-cv-01410-DC-SCR (SS) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| COMMISSIONER OF SOCIAL SECURITY, | (Doc. Nos. 10, 12, 14) |
| Defendant. | |

Plaintiff Scott Stanfield, proceeding with counsel, brings this action seeking judicial review of the Commissioner of Social Security's final decision denying his application for benefits under the Social Security Act. (Doc. No. 1). The matter was referred to the magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On Augst 22, 2025, Plaintiff filed a motion for summary judgment. (Doc. No. 10.) Defendant filed a cross-motion for summary judgment on September 18, 2025. (Doc. No. 12.) On March 10, 2026, the assigned magistrate judge issued findings and recommendations recommending Plaintiff's motion for summary judgment be denied, and Defendant's cross-motion for summary judgment be granted. (Doc. No. 14.) The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within

1

fourteen (14) days after service. (*Id.* at 8.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1.    The findings and recommendations issued on March 10, 2026 (Doc. No. 14) are ADOPTED IN FULL;

2.    Plaintiff's motion for summary judgment (Doc. No. 10) is DENIED;

3.    Defendant's cross-motion for summary judgment (Doc. No. 12) is GRANTED; and

4.    The Clerk of the Court is directed to enter Judgment in favor of Defendant and close this case.

IT IS SO ORDERED.

Dated:    **June 11, 2026**

Dena Coggins
United States District Judge

2